UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SAMSUNG ELECTRONICS CO., LTD., et al.,    :

                           Plaintiffs,    :

                                      :

              -against-    :    22 Misc. 31 (LGS)

                                      :

GERALD PADIAN,    :    <u>ORDER</u>

                        Defendant,    :

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this case is related to 21 Civ. 5205 and 21 Civ. 7201.

      WHEREAS, 21 Civ. 5205 and 21 Civ. 7201 were stayed under the first-filed rule pending proceedings in the Eastern District of Texas.

      WHEREAS, under Fed. R. Civ. P. 45(f), the court "may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances."

      WHEREAS, the Court finds that exceptional circumstances exist -- to wit, the stay of 21 Civ. 5205 and 21 Civ. 7201 under the first-filed rule pending proceedings in the Eastern District of Texas -- warranting such transfer.

      WHEREAS, the parties also consent to the transfer.  It is hereby

      **ORDERED** that the case is transferred to the Eastern District of Texas pursuant to Fed. R. Civ. P. 45(f) as related to *Solas OLED Ltd. v. Samsung Electronics Co., Ltd., et al.*, No. 2:21-cv-105-JRG (E.D. Tex.).

      The Clerk of Court is respectfully directed to transfer the case to the Eastern District of Texas and to close this case.

Dated: February 14, 2022
      New York, New York

                                LORNA G. SCHOFIELD
                          UNITED STATES DISTRICT JUDGE